| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202) |
| | Attorney for the United States |
| 2 | Acting Under Authority Conferred by 28 U.S.C. § 515 |
| 3 | MARTHA BOERSCH (CABN 126569) |
| | Chief, Criminal Division |
| 4 | |
| | DONOVAN MCKENDRICK (CABN 284339) |
| 5 | Special Assistant United States Attorney |
| 6 |     450 Golden Gate Avenue, Box 36055 |
| |     San Francisco, California 94102-3495 |
| 7 |     Telephone: (415) 436-7164 |
| |     FAX: (415) 436-7234 |
| 8 |     donovan.mckendrick@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 25-CV-6343 LJC |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF FORFEITURE ACTION |
| 782,219.16107 TETHER WITH A TOTAL ESTIMATED VALUE OF $782,372.48 U.S. DOLLARS (USD), | ) | |
| Defendant. | ) | |

A civil complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a) was filed on July 29, 2025, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant, 782,219.16107 Tether with a total estimated value of $782,372.48 U.S. Dollars.

All persons asserting an interest in or claim against the defendant and who have received direct notice of the forfeiture action must file a verified claim, under penalty of perjury, with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture

Notice of Forfeiture Action
25-CV-6343 LJC

1

Claims, within thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a verified claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture website (www.forfeiture.gov); or within the time that the Court allows. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedures within 21 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, and copies should be served on Donovan McKendrick, Special Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

DATED: July 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/S/
DONOVAN MCKENDRICK
Special Assistant United States Attorney

Notice of Forfeiture Action
25-CV-6343 LJC