| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>Attorney for the United States |
| 2 | Acting Under Authority Conferred by 28 U.S.C. § 515 |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | |
| 5 | DONOVAN MCKENDRICK (CABN 284339)<br>Special Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7164<br>FAX: (415) 436-7234 |
| 8 | donovan.mckendrick@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>782,219.16107 TETHER WITH A TOTAL ESTIMATED VALUE OF $782,372.48 U.S. DOLLARS (USD),<br><br>  Defendant. | CASE NO.: 25-CV-6343 LJC<br><br>WARRANT OF ARREST OF PROPERTY *IN REM* |

TO: ANY SPECIAL AGENT OF INTERNAL REVENUE SERVICE - CRIMINAL INVESTIGATION:

YOU ARE HEREBY COMMANDED to arrest and seize the following *in rem* defendant and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

- 782,219.16107 Tether ("USDT") with a total estimated value of $782,372.48 U.S. Dollars

Claimants of the above-described property which is the subject of this action shall file their

Warrant of Arrest of Property *IN REM*
25-CV-6343 LJC

1

verified claims, under penalty of perjury, with Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 and serve a copy thereof upon the United States Attorney, Attention: Donovan McKendrick, Special Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 and copies should be served on Donovan McKendrick, Special Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

Dated: 7/31/2025

By: *Cindy Hernandez*

*Mark B. Busby*
United States District Court