Michael Jason Lee (#206110)
LAW OFFICES OF MICHAEL JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
(858) 550-9984

Attorney for Claimant
ERIN STRAIT

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>782,219.16107 TETHER WITH A TOTAL ESTIMATED VALUE OF $782,372.48 U.S. DOLLARS (USD),<br><br>Defendant. | Court No. 3:25-cv-06343-LJC<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF ERIN STRAIT** |

**VERIFIED CLAIM AND STATEMENT OF INTEREST**

Pursuant to 18 U.S.C. § 983(a)(4)(A), 18 U.S.C. § 983(d) and Rule G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Erin Strait ("Claimant"), by and through her undersigned counsel, hereby claims an interest in and demands the return of the following seized property that is the subject of the Complaint in the above-captioned action:

782,219.16107 TETHER WITH A TOTAL ESTIMATED VALUE OF $782,372.48 U.S. DOLLARS (USD)

1

VERIFIED CLAIM AND STATEMENT OF INTEREST OF ERIN STRAIT

PIERSON
FERDINAND LLP

(hereinafter, the "Seized Funds").  In support of this Verified Claim, Claimant provides as follows:

1.    Claimant is the owner of the entirety of the Seized Funds.

2.    Claimant is Victim #1 described in the Complaint and, is therefore, an innocent owner as defined by 18 U.S.C. § 983(d).

Dated: August 21, 2025

By: /s/ *Michael Jason Lee*
Michael Jason Lee (#206110)
LAW OFFICES OF MICHAEL JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
(858) 550-9984

Attorneys for Claimant Erin Strait

VERIFIED CLAIM AND STATEMENT OF INTEREST OF ERIN STRAIT

## VERIFICATION

I, Claimant Erin Strait, declare under penalty of perjury, that the foregoing contents

of the Verified Claim and Statement of Interest are true and accurate.

Executed this 20th day of August, 2025.

_____
Erin Strait

PIERSON
FERDINAND LLP