1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  DONOVAN M. McKENDRICK (CABN 284339)
   Special Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7164
7         FAX: (415) 436-7234
          Donovan.Mckendrick@usdoj.gov
8
   Attorneys for United States of America
9
   LAW OFFICES OF MICHAEL JASON LEE, APLC
10 Michael Jason Lee (CABN #206110)
   michael@mjllaw.com
11 4660 La Jolla Village Drive, Suite 100
   San Diego, California 92122
12 Phone: (858) 550-9984

13 PIERSON FERDINAND
   Nicole Hughes Waid, (FLBN 121720)
14 nicole.waid@pierferd.com
   4830 W. Kennedy Blvd, Suite 600
15 Tampa, FL 33609
   Phone: (202) 906-9572
16
   Attorneys for Plaintiffs
17
                           UNITED STATES DISTRICT COURT
18
                          NORTHERN DISTRICT OF CALIFORNIA
19
                                 SAN FRANCISCO DIVISION
20

21
   UNITED STATES OF AMERICA,                )  **CASE NO. 25-CV-06343-LJC**
22                                          )
          Plaintiff,                        )
23                                          )  **ORDER RE: SETTLEMENT AGREEMENT**
      vs.                                   )  **AND STIPULATED DISMISSAL**
24                                          )
   782,219.16107 TETHER WITH A TOTAL        )
25 ESTIMATED VALUE OF 782,372.48 U.S.       )
   DOLLARS,                                 )
26                                          )
          Defendant.                        )
27                                          )
                                            )
28

   AGREEMENT AND ORDER
   CASE NO. 25-CV-06343-LJC

1  UPON CONSIDERATION of the Settlement Agreement and Stipulated Dismissal, and the entire
2  record, it is by the Court on this __12__ day of December 2025, ORDERED that the following, seized by
3  the government, be returned to the claimant "ERIN STRAIT":

**782,219.16107 Tether ("USDT") with a total estimated value of $782,372.48 U.S. Dollars (USD) (Asset ID 25-IRS-000343).**

   IT IS FURTHER ORDERED that the instant case be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties are to bear their own fees and costs.

   IT IS SO ORDERED this __12__ day of __December__ 2025.

_____
HONORABLE LISA J. CISNEROS
Magistrate Judge

AGREEMENT AND ORDER
CASE NO. 25-CV-06343-LJC